IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE HOWARD RAINEY, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-13-1806
:
SCI-COAL TWP. SUPT., : (Judge Brann)
:
    Respondent :

# ORDER

August 26, 2013

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Petitioner's request that disposition of his pending habeas corpus petition be stayed (Doc. 3) is **GRANTED**.

    2.    Adjudication of Rainey's federal habeas corpus action is **STAYED**.

    3.    Within thirty (30) days of the termination of his state court proceedings regarding his second PCRA action, Petitioner is directed to file a written status report with the Court detailing

the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the Superior and/or Supreme Court's disposition.

4. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

s/Matthew W. Brann
_____
Matthew W. Brann
United States District Judge