IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE HOWARD RAINEY,                :
                                     :
        Petitioner                   :
                                     :
    v.                               :    CIVIL NO. 4:CV-13-1806
                                     :
SCI-COAL TWP. SUPT.,                 :    (Judge Brann)
                                     :
        Respondent                   :

# **ORDER**

June 17, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Rainey's habeas corpus petition is **DENIED.**

2. The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:

  s/   Matthew W. Brann
Matthew W. Brann
United States District Judge

1